IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                June 20, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 08-cv-01008-RPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,              Jennifer Randall

     Plaintiff,

v.

A & A RESTAURANT OF REPUBLIC PLAZA CORP.,             Mary B. Sobel
d/b/a COZZOLI'S PIZZERIA,

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Stipulation for Entry of Consent Decree**

**3:30 p.m.**     **Court in session.**

Defendant's client representative Ralph Amato present.

Court's preliminary remarks.

Ms. Sobel states defendant is incorporated in Colorado, currently has 15 employees or less, is a closely held corporation and the board of directors have approved the proposed consent decree.

Ms. Randall answers questions regard alleged violations and requirements indicated in proposed consent decree.

Court states the equitable requirements of future conduct is to broad and that it will consider a more limited revised decree.

**ORDERED:**   **Stipulated Motion for Entry of Consent Decree, filed May 15, 2008 [3], is denied.**

**ORDERED:**   **Unopposed Motion for Dismissal with Prejudice Subject to Entry of Consent Decree, filed June 17, 2008 [6], is denied.**

**3:45 p.m.**   **Court in recess.**     Hearing concluded.  Total time: 15 min.