IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01008-RPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

A & A RESTAURANT OF REPUBLIC PLAZA CORP. d/b/a
COZZOLI'S PIZZERIA,

    Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Joint Motion for Dismissal with Prejudice [17], filed on October 3, 2008, it is

ORDERED that this action is dismissed with prejudice.

Dated: October 6th, 2008

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge